Alisa A. Martin, State Bar No. 224037
**AMARTIN LAW, PC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 308-6880
Facsimile: (619) 308-6881
alisa@amartinlaw.com

Lindsay C. David, State Bar No. 283267
**BRENNAN & DAVID LAW GROUP**
2888 Loker Avenue E., Ste 302
Carlsbad, CA 92010
Telephone: (760) 730-9408
Facsimile: (760) 888-3575
lcdavid@brennandavid.com

*Attorneys for Plaintiff and the Class*

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MORENO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>BEACON ROOFING SUPPLY, INC., a Virginia Corporation, and BEACON SALES ACQUISITION, INC., a California Corporation,<br><br>        Defendants. | Case No. 19-cv-0185-GPC-LL<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 19, 2020<br>Time: 1:30 p.m.<br>Courtroom: 2D (2nd Floor)<br>Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 19, 2020 at 1:30 p.m., at the United States District Court for the Southern District of California, located in Courtroom 2D on the 2nd Floor at the Courthouse located at 221 West Broadway, San Diego, CA 92101. Plaintiffs move before the Honorable Gonzalo P. Curiel, for an order

(1) granting final approval of the class action settlement and (2) administrative costs.

This motion is based on this notice and motion, the supporting memorandum of points and authorities, and the declarations of Alisa A. Martin and Nick Castro, all filed concurrently herewith, as well as the pleadings on file in this action, and upon such other matters, evidence, and arguments as may be presented to the Court before or at the hearing on this motion.

Dated:  May 18, 2020

AMARTIN LAW, PC

BRENNAN & DAVID LAW GROUP

By: /s/ *Alisa A. Martin*
      Alisa A. Martin

Attorneys for Plaintiffs and the Class

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served May 22, 2020, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsels who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

*s/ Lindsay David*

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT